IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BEATRICE ROGERS, WILBERT ROWE, )
AMY ROWELL, ALMA RUDOLPH, )
ELLA RUDOLPH, FRAZIER RUSSELL, )
RUTH RUSSELL AND OTHER PLAINTIFFS )
IDENTIFIED IN EXHIBIT "A" ATTACHED )
HERETO AND INCORPORATED FULLY )
HEREIN )
                                                       )
        Plaintiffs, )    CIVIL ACTION NO.:
)
)    2:05cv531-T
vs. )
)
)
LIBERTY NATIONAL LIFE )
INSURANCE COMPANY, )
)
)
        Defendant, )

EXHIBIT "A" TO COMPLAINT

Dorothy Ryans
Clara Salter
Thomas Samuel
Emma Sanders
Marva Sanders
Mary Sanders
Charles Sands
Dorothy Sands
Janet Sands
Christine Sanford
Hattie Sanky
Nellie Satcher
Atlene Scott
Berta Scott
Martha Scott
Mary Scott
Rosie Scott
Durwood and Mildred Senn
Marzella Sewell
Stanley Shelton

Mary Shivers
Larry Simon
Almarie Smith Sippial
Vickie Sistrunk
Arlean Smiley
Sallie Smiley
Beulah Smith
 Edmund Smith
Hattie Smith
Irvin Smith
Irvin and Rosa Smith
James Smith
Katie Smith
Luela Smith
Mamie Smith
Margie Smith
Mary Smith
Ruth Smith
William Smith
Willie Smith
Veronica Snow
Sarah Spencer
Daisy Stallion
Sarah Steadman
Annie Stenson
Wallace Stenson
Jannie Stewart
Josephine Stewart
Melon Stewart
Repolia Stewart
Helen Stinson
Sadie Stoudemire
Joseph Strong
Mary Strong
Jewell Strough
Nellie Swain
Mary Tabb
Angela Taylor
Josiephine Taylor
Patricia Taylor
Gwendolyn Terry
Carol Thomas
Cleveland Thomas
Elizabeth Thomas
Ernestine Thomas
Essie Thomas

Evelyn, Rogers and Clara Thomas
Helen Thomas.
Katheleen Thomas
Lillie Thomas
Lillie A. Thomas
Nathaniel Thomas
Sylvia Thomas
Ura Thomas
Woodrow Thomas
Albert Thompson
Connie Tolbert
Daisy Tolbert
Henry Tolbert
Joe and Carrie Tolbert
Rosa Tolbert
Effie Torbert
John Travis
Reese Taylor, Jr.
Mary Tubbs
Netherland Tuck