**2. Article Number**  Rogers

7160 3901 9848 9056 1661

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

Liberty National Life Insurance Company
c/o The Corporation Company
2000 Interstate Park
Suite 204
Montgomery, Alabama 36109

2:05CV531-Tm (Chip & Summo 20-0p)

PS Form 3811, July 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)**  S Slauson
**B. Date of Delivery**  06-02

**C. Signature**  Slauson   ☐ Agent  ☐ Addressee

**D. Is delivery address different from item 1?** If YES, enter delivery address below:  ☐ Yes  ☐ No