# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAR 18 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CHARLES HUDSON, et al., )
)
Plaintiffs, )
)
v. )  CIVIL ACTION 02-D-233-N
)
LIBERTY NATIONAL INSURANCE )
COMPANY, et al., )
)
Defendants. )

ORDER

Before the court is Defendants' Motion To Transfer, which was filed February 25, 2002. (Doc. No. 6.) Plaintiff filed a Notice of Consent To Transfer on March 15. (Doc. No. 12.) Because there is presently a nationwide class action pending against Defendant Liberty National Insurance Company in the Northern District of Alabama, the court deems it appropriate to respect the parties' wishes.

Accordingly, it is CONSIDERED and ORDERED that Defendants' Motion To Transfer be and the same hereby GRANTED and that this case be and the same is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take the necessary steps to effectuate said transfer.

DONE this 183 of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

EOD 3/18/02

13

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED
MAR 19 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| LIZZIE BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 02-T-232-E |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

### ORDER

There being no objection to the motion to transfer filed by defendant Liberty National Life Insurance Company on February 25, 2002 (Doc. No. 6), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 19TH day of March, 2002.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

EOD 3/19/02

14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR 8 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

LEE B. GRAY, )
 )
        Plaintiff, )
 )
v. ) CIVIL ACTION NO. 02-M-265-N
 )
LIBERTY NATIONAL LIFE INS. CO., )
 )
        Defendant. )

## ORDER

There being no objection to the motion to transfer filed by defendant Liberty National Life Insurance Company on 28 March 2002 (Doc. # 8),[1] it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE this _8th_ day of April, 2002.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The court construes the Motion to Transfer filed by the plaintiff on 2 April 2002 (Doc. # 12) as a response to the defendant's motion.

EOD 4/8/02

17

FILED
MAR 1 8 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. WILLIAMS and VELMA WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY NATIONAL LIFE )<br>INSURANCE COMPANY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 02-T-231-N |

ORDER

There being no objection to the motion to transfer, filed by defendant Liberty National Life Insurance Company on February 25, 2002 (Doc. No. 7), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 18TH day of March, 2002.

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

EOD 3/18/02

14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH BETTON, | ) | FILED APR 11 '02 PM 2:21 USDC-ALS |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 02-0140-CG-M |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

### ORDER

This cause is before the court on the motion of plaintiff to transfer this action to the United States District Court for the Northern District of Alabama, before the Honorable U.W. Clemon. (Doc. 5). The plaintiff alleges that a nationwide class action against Liberty National Insurance Company ("Liberty National") asserting some of the same claims as presented by the complaint in this action is pending in the United States District Court for the Northern District of Alabama in front of Judge U.W. Clemon. Plaintiff further asserts that Liberty National is headquartered in Birmingham, Alabama and that the necessary documents and witnesses for this case are in Birmingham. The defendant, Liberty National Life Insurance Company filed a response consenting to the transfer of this action to the Northern District of Alabama. (Doc. 11).

Upon consideration, the court finds that plaintiffs motion is due to be and is hereby, **GRANTED. The clerk is directed to transfer this case to the United States District Court for the Northern District of Alabama.**

DONE and ORDERED this 11th day of April, 2002.

CALLIE V. S. GRANADE
UNITED STATES DISTRICT JUDGE

1

FILED
AUG 20 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBIE BASS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 03-A-574-N |
| | ) |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on Liberty National's Motion to Transfer (Doc. #6). The motion seeks transfer to the United States District Court for the Northern District of Alabama, where there is presently pending a nationwide class action involving the same issues as those alleged in this case. The Plaintiffs have filed a Notice (Doc. #11) stating that they do not oppose the motion. Therefore, it is hereby

ORDERED that the Motion to Transfer is GRANTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

The Clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 20th day of August, 2003.

W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE

RECEIVED 20 Aug 03
Bradley Arant Rose & White LLP
M. Pennington