**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Clerk, U. S. District Court
Northern District of Alabama
United States District Court
Hugo L. Black U. S. Courthouse
1729 5th Avenue North, Room 140
Birmingham, AL 35203

2:05CV530
2:05CV531 (entire file w/ 1st order)

2. Article Number
(Transfer from service label)    7004 2510 0001 0150 7164

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph Colvin    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    Joe Colvin

C. Date of Delivery    7/21/05

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540

0811 February 2004